■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUSA AZHAR, Appellant. [958 NYS2d 593]—

Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered December 8, 2009, convicting defendant, after a jury trial, of two counts each of attempted robbery in the second degree and assault in the third degree, and sentencing him to an aggregate term of $2^{1}/_{2}$ years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports the inference that defendant shared his companions' intent to forcibly steal property (*see e.g. Matter of Juan J.*, 81 NY2d 739 [1992]; *People v Allah*, 71 NY2d 830 [1988]). The only reasonable explanation for defendant's conduct was that it was part of an attempted robbery.

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Andrias, Acosta, Manzanet-Daniels and Román, JJ.